UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BISTRO BLENDS OF NV, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>DONNA M. BERRY, RICHARD BERRY, and DOES 1-10, inclusive,<br><br>    Defendants. | 2:10-cv-2240-LDG-GWF<br><br>**ORDER** |

Plaintiff Bistro Blends of NV, Inc., has filed an unopposed motion for attorney's fees based on the parties' Distributor Agreement (#14). Plaintiff's pre-judgment motion for fees is untimely.

THE COURT HEREBY ORDERS that Plaintiff's motion (#14) is DENIED.

DATED this 14 day of July, 2011.

_____
Lloyd D. George
United States District Judge